

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-92,038-01 AND WR-92,038-02

### EX PARTE DANIEL TRAN NGUYEN, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. DC-20-23045A AND DC-20-23417A IN THE 52ND DISTRICT COURT FROM CORYELL COUNTY

*Per curiam*.

## O R D E R

Applicant entered open pleas of guilty to two charges of aggravated assault, and was sentenced to eight years' imprisonment in the -01 case and nineteen years' imprisonment in the -02 case, to run concurrently. The Tenth Court of Appeals affirmed his convictions. *Nguyen v. State*, Nos. 10-17-00033-CR and 10-17-00015-CR (Tex. App. — Waco May 31, 2017) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On March 30, 2021, the trial court conducted a live habeas hearing in these cases. The trial court entered findings of fact and conclusions of law, and the habeas applications were forwarded

to this Court. Thereafter, Applicant has filed multiple motions to stay the proceedings. Most recently, Applicant filed a Second Amended Motion to Stay in both cases, in which he indicated that he filed supplemental applications for writs of habeas corpus in both cases in the trial court on January 11, 2022. In the interest of affording the parties the opportunity to litigate all of the claims in a single proceeding, we therefore remand these applications to the trial court to complete its evidentiary investigation and make supplemental findings of fact and conclusions of law if the trial court wishes to do so.

The trial court shall make any additional findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: March 2, 2022
Do not publish